IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FRANK'S ELECTRICAL SERVICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 11-cv-145-DRH |
| ) | |
| PHILIPS ELECTRONICS NORTH ) | |
| AMERICA CORPORATION, d/b/a ) | |
| Lightolier and Lightolier Controls, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**HERNDON, Chief Judge:**

This case comes before this Court for case management. After consulting with Magistrate Judge Philip M. Frazier about the parties' positions regarding a stay of proceedings pending a decision on plaintiff's motion to dismiss (Docs. 19 & 20), this Court finds a stay is necessary. A stay will save time and expense associated with discovery and further litigation until the dispositive motion is ruled upon. Therefore, proceedings in this case shall be stayed until the Court rules on the pending motion to dismiss.

**IT IS SO ORDERED.**

Signed this 13th day of July, 2011.

Digitally signed by David R. Herndon
Date: 2011.07.13 14:02:00 -05'00'

Chief Judge
United States District Court