IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FRANK'S ELECTRICAL SERVICE,**

    **Plaintiff,**

v.                                         Case No. 11-cv-145-DRH

**PHILIPS ELECTRONICS NORTH AMERICA CORPORATION,**

    **Defendant.**

## ORDER

**HERNDON, Chief Judge:**

Before the Court is the parties' stipulation of dismissal with prejudice (Doc. 59). The Court hereby acknowledges the stipulation and finds that all plaintiff's claims against defendant are dismissed with prejudice, each party to bear their own fees and costs. The Clerk is instructed to close the file and enter judgment accordingly.

**IT IS SO ORDERED.**

Signed this 22nd day of November, 2011.

                                        David R. Herndon
                                        2011.11.22
                                        18:07:51 -06'00'

                                        **Chief Judge**
                                        **United States District Court**