IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FRANK'S ELECTRICAL SERVICE,

    Plaintiff,

v.

PHILIPS ELECTRONICS NORTH
AMERICA CORPORATION,

    Defendant.                    Case No. 11-cv-145-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 22, 2011, this case is **DISMISSED** with prejudice.

                                                NANCY J. ROSENSTENGEL,
                                                **CLERK OF COURT**

                                                BY:      /s/*Sandy Pannier*
                                                             **Deputy Clerk**

Dated: November 28, 2011

                        David R. Herndon
                        2011.11.28
                        15:40:28 -06'00'

APPROVED:
            CHIEF JUDGE
            U. S. DISTRICT COURT